**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NORFOLK SOUTHERN RAILWAY COMPANY,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **GWSI, INC.,** | **NO. 25-1391** |
| **Defendant/Third-Party Plaintiff,** | |
| **v.** | |
| **THE MORNING STAR COMPANY,** | |
| **Third-Party Defendant.** | |

**O R D E R**

**AND NOW**, this 7th day of April, 2026, upon consideration of Third-Party Defendant's

Motion Dismiss (ECF Nos. 29, 32) and Third-Party Plaintiff's Response in Opposition thereto

(ECF No. 31), for the reasons set forth in the accompanying opinion, **IT IS HEREBY**

**ORDERED** that said Motion is **DENIED**.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

_____

**WENDY BEETLESTONE, C.J.**