**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**NORFOLK SOUTHERN RAILWAY COMPANY,**
**Plaintiff,**

**v.**

**GWSI, INC.,**
**Defendant/Third-Party Plaintiff,**

**v.**

**THE MORNING STAR COMPANY,**
**Third-Party Defendant/ Counter-claimant.**

**CIVIL ACTION**

**NO. 25-1391**

# ORDER

**AND NOW**, this 31st day of August, 2026, upon consideration of GWSI, Inc.'s Motion to Dismiss Third Party Defendant, The Morning Star's Amended Counterclaims (ECF No. 41) and The Morning Star Company's Response in Opposition thereto (ECF No. 42), for the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** that said Motion is **GRANTED** as follows:

1. The Morning Star Company's counterclaim for breach of contract against GWSI, Inc. is **DISMISSED WITH PREJUDICE** to the extent it seeks consequential damages or damages exceeding the applicable contractual limitation;

2. The Morning Star Company's counterclaims for tortious interference with contract and conversion against GWSI, Inc. are **DISMISSED WITHOUT PREJUDICE**.

**BY THE COURT:**

**WENDY BEETLESTONE, C.J.**